CARGO OF SUGAR (U. S. v.). See Cases Nos. 14,721 and 14,722.

CARHART v. AUSTIN. See Case No. 2,288.

CARHART v. MILLER CO. See Case No. 15,776.

CARICO (U. S. v.). See Case No. 14,723.

## Case No. 2,407.

### CARILLO et al. v. SHOOK et al.

[8 Chi. Leg. News (1876) 258; 22 Int. Rev. Rec. 152.]

Circuit Court, S. D. New York.

COPYRIGHT—PUBLICATION AFTER FILING.

The work must be published within a reasonable time after filing the title page.

A. S. Sullivan, for complainants.

Mr. Dittenhoeffer, for defendants.

JOHNSON, Circuit Judge. In the case of Boucicault v. Hart [Case No. 1,692] Mr. Justice Hunt, in June, 1875, decided that to secure a copyright of a book, or a dramatic composition, the work must be published within a reasonable time after the filing of the title page, and that two copies must then be delivered to the librarian of congress, as required by law. Upon this application for a preliminary injunction, it is fitting that, without further inquiry or examination on my part, this decision should be followed as the law of this circuit, and I must accordingly deny the motion.